# EXHIBIT 7

Title: Status | Definition of Status by Merriam-Webster
Link: https://www.merriam-webster.com/dictionary/status
Captured: Wednesday, April 07, 2021 12:53:36



Title: Status | Definition of Status by Merriam-Webster
Link: https://www.merriam-webster.com/dictionary/status
Captured: Wednesday, April 07, 2021 12:53:36

### History and Etymology for *status*

Latin — more at STATE

## Learn More about *status*

**Share *status***

 

**Time Traveler for *status***

 The first known use of *status* was in 1767

See more words from the same year

**Dictionary Entries near *status***

statu-quo-ite
stature
statured
**status**
status in quo
status offender
status quo

**Phrases Related to *status***

marital status
status symbol
the status quo

See More Nearby Entries ⟩

**Statistics for *status***

**Last Updated**
4 Apr 2021

**Look-up Popularity**
Top 1% of words

**Cite this Entry**

"Status." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/status. Accessed 7 Apr. 2021.



**Style:** MLA

## More Definitions for *status*

### status  noun



**English Language Learners Definition of *status***

**:** the position or rank of someone or something when compared to others in a society, organization, group, etc.

**:** high position or rank in society

**:** the official position of a person or thing according to the law

See the full definition for *status* in the English Language Learners Dictionary

Title: Status | Definition of Status by Merriam-Webster
Link: https://www.merriam-webster.com/dictionary/status
Captured: Wednesday, April 07, 2021 12:53:36

## status *noun*

sta·tus | \ ˈstā-təs, ˈsta- \

### Kids Definition of *status*

1 **:** position or rank of a person or thing
   // I lost my *status* as an amateur.

2 **:** state of affairs **:** SITUATION
   // What is the patient's medical *status*?

---

## status *noun*

sta·tus | \ ˈstāt-əs, ˈstat- \
*plural* **statuses**

### Medical Definition of *status*

**:** a particular state or condition
// a patient's neurological *status*

---

## status *noun*

sta·tus | \ ˈstā-təs, ˈsta- \

### Legal Definition of *status*

1  **a**  **:** the condition of a person or a thing in the eyes of the law

   **b**  **:** position or rank in relation to others

2  **:** the current state of affairs

### History and Etymology for *status*

Latin, mode or condition of being, from *stare* to stand

---

### More from Merriam-Webster on *status*

Thesaurus: All synonyms and antonyms for *status*
Nglish: Translation of *status* for Spanish Speakers
Britannica English: Translation of *status* for Arabic Speakers

### Comments on *status*

What made you want to look up *status*? Please tell us where you read or heard it (including the quote, if possible).

Show Comments ⊕

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

Title: Status | Definition of Status by Merriam-Webster
Link: https://www.merriam-webster.com/dictionary/status
Captured: Wednesday, April 07, 2021 12:53:36

**MERRIAM-WEBSTER UNABRIDGED**

### WORDS AT PLAY



**Words We're Watching: (Figurative) 'Super-Spreader'**

They can spread more than disease



**The Piratical History of 'Filibuster'**

It won't take long to read



**The Words of the Week - 4/2/2021**

Words from the week of 4/2/2021



**'Vaxication': All I Ever Wanted**

For those who get the shot and go.

### ASK THE EDITORS



**'All Intensive Purposes' or 'All Intents and Purposes'?**

We're intent on clearing it up



**'Nip it in the butt' or 'Nip it in the bud'?**

We're gonna stop you right there



**Literally**

How to use a word that (literally) drives some pe...



**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

### WORD GAMES



**Early Spring 2021 Words of the Day Quiz**

A new challenger approaches.

TAKE THE QUIZ ›



**Advanced Vocabulary Quiz**

Tough words and tougher competition.

TAKE THE QUIZ ›



**True or False?**

Test your knowledge - and maybe learn something a...

TAKE THE QUIZ ›



**Word Winder's CrossWinder**

A game of winding words.

PLAY THE GAME ›



Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US






Title: Status | Definition of Status by Merriam-Webster
Link: https://www.merriam-webster.com/dictionary/status
Captured: Wednesday, April 07, 2021 12:53:36

Browse the Dictionary:   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z   0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  Contact Us  |  Join MWU  |  Videos  |
Word of the Year  |  Puku  |  Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |  Terms of Use  |
Do Not Sell My Info

Browse the Thesaurus  |  Browse the Medical Dictionary  |  Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated