**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case Nos.  6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE CONCERNING AGREEMENT TO EXTEND DEADLINES**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos")

and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties"),

pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change

Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines.  The

Parties have agreed to adjust the Scheduling Order to afford the Parties more time to streamline

the cases, to reduce the number of claims and prior art references currently at issue, to provide

the parties more time to resolve outstanding discovery disputes, and additional time to complete

depositions and further prepare for trial and expert discovery.  The Parties have jointly agreed to

modify the schedule as follows:

| Event | Original Due Date | Proposed Extension |
|---|---|---|
| Deadline for first meet and confer to narrow the number of claims asserted and prior art references at issue | 11/3/2021 | 12/3/2021 |
| Close of Fact Discovery | 12/1/2021 | 3/16/2022 |

1

| Event | Original Due Date | Proposed Extension |
|---|---|---|
| Opening Expert Reports | 12/8/2021 | 3/23/2022 |
| Rebuttal Expert Reports | 1/5/2022 | 4/20/2022 |
| Close of Expert Discovery | 1/26/2022 | 5/11/2022 |
| Deadline for second meet and confer to discuss narrowing of claims asserted and prior art references at issue to triable limits. | 2/2/2022 | 5/18/2022 |
| Dispositive Motion Deadline | 2/9/2022 | 5/25/2022 |
| Serve Pretrial Disclosures | 2/23/2022 | 6/8/2022 |
| Objections/Rebuttal Disclosures | 3/9/2022 | 6/22/2022 |
| Objections to Rebuttal disclosures and file Motions *in Limine* | 3/16/2022 | 6/29/2022 |
| File joint pretrial order and pretrial submissions; file oppositions to motions in *limine* | 3/23/2022 | 7/6/2022 |
| Deadline for request of transcript; deadline to meet and confer regarding remaining objections and disputes on motions in limine | 3/30/2022 | 7/13/2022 |
| Joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* | 4/8/2022 | 7/20/2022 |
| (Proposed) Final Pretrial Conference | 4/13/2022 | 7/27/2022 |
| (Proposed) Jury Selection / Trial | 5/9/2022 | 8/22/2022 |

Dated: October 25, 2021                                   Respectfully submitted,

*/s/ Michael D. Hatcher (by permission)*                  */s/ Raymond W. Mort, III*
Michael D. Hatcher                                        Raymond W. Mort, III
SIDLEY AUSTIN LLP                                         THE MORT LAW FIRM, PLLC
2021 McKinney Avenue, Suite 2000                          100 Congress Avenue, Suite 2000
Dallas, TX 75201                                          Austin, TX 78701
Tel: (214) 981-3300                                       Tel/fax: (512) 677-6825
Fax: (214) 981-3400                                       raymort@austinlaw.com
mhatcher@sidley.com

                                                          *Counsel for Plaintiff*
*Counsel for Defendant*                                   *WSOU Investments, LLC d/b/a*
*Hewlett Packard Enterprise Company*                      *Brazos Licensing and Development*