UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action Nos.  6:20-cv-00729-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING HPE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

Before the Court is defendant Hewlett Packard Enterprise Company ("HPE")'s Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Motion").  The Court, having considered the Motion and all associated briefing and argument, finds that the Motion should be DENIED.

It is, therefore, ORDERED that HPE's Motion is hereby DENIED.


Signed this ___ day of _____, 2021.


HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE