IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action No. 6:20-cv-00729-ADA |

**DECLARATION OF MICHAEL R. FRANZINGER IN SUPPORT OF HEWLETT PACKARD ENTERPRISE COMPANY'S REPLY BRIEF TO ITS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

I, Michael R. Franzinger, hereby declare, affirm and state as follows:

1. I am an attorney with Sidley Austin LLP, counsel to Defendant Hewlett Packard Enterprise Company. I am a member of the bar of this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 14 is a true and correct copy of Attachment C: Assignment of Patent Rights by Alcatel Lucent to WSOU produced by WSOU bearing Bates Nos. WSOU-HPE-00011058–00011062, as served in this litigation.

3. Attached hereto as Exhibit 15 is a true and correct copy of Attachment E: Assignment of Patent Rights by Nokia Technologies OY to WSOU produced by WSOU bearing Bates Nos. WSOU-HPE-00011069–00011072, as served in this litigation.

4. Attached hereto as Exhibit 16 is a true and correct copy of Schedule I: Assignment of Patent Rights produced by WSOU bearing Bates Nos. WSOU-HPE-00010351–00010353, as served in this litigation.

1

5.  Attached hereto as Exhibit 17 is a true and correct copy of WSOU's production email, dated October 14, 2021, as served in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Michael R. Franzinger*
Michael R. Franzinger