AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | 6:20-cv-00725-ADA |
| *Plaintiff* | ) | 6:20-cv-00726-ADA |
| v. | ) Case No. | 6:20-cv-00727-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | 6:20-cv-00728-ADA |
| *Defendant* | ) | 6:20-cv-00729-ADA |
| | ) | 6:20-cv-00730-ADA |
| | | 6:20-cv-00783-ADA |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hewlett Packard Enterprise Company.

Date:   11/29/2021

/s/ Jason P. Greenhut
*Attorney's signature*

Jason P. Greenhut, Illinois Bar No. 6323323
*Printed name and bar number*
Sidley Austin LLP
One S. Dearborn Street
Chicago IL 60603

*Address*

jgreenhut@sidley.com
*E-mail address*

(312) 853-2144
*Telephone number*

(312) 853-7036
*FAX number*