UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>   Defendant. | No. 6:20-cv-00729-ADA |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and defendant Hewlett Packard Enterprise Company ("HPE") hereby stipulate that all of Brazos's claims in this action against HPE shall be dismissed with prejudice. Brazos and HPE shall each bear their own costs, expenses, and attorneys' fees. The dismissal is made pursuant to the Scheduling Order in this case and other related cases, which required the parties to "significantly narrow[] the number of claims asserted," and is not the result of any settlement agreement, license, payment, or other consideration to Brazos or any other entity.

Dated: December 8, 2021

Respectfully submitted,

/s/ Michael R. Franzinger (by permission)

/s/ Raymond W. Mort, III

Michael R. Franzinger
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mfranzinger@sidley.com

Raymond W. Mort, III
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel/fax: (512) 677-6825
raymort@austinlaw.com

*Counsel for Defendant*
*Hewlett Packard Enterprise Company*

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*