IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,**<br>       Plaintiff,<br><br>   v.<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY,**<br>       Defendant. | 6:20-cv-00729-ADA |

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice filed by WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Hewlett Packard Enterprise Company ("HPE"). The Court is of the opinion that the Stipulation of Dismissal should be and hereby is **ENTERED**. It is therefore **ORDERED** that all claims asserted by Brazos against HPE are dismissed with prejudice. It is further **ORDERED** that each party be taxed its own costs of court, expenses and attorneys' fees, and the Clerk of Court is directed to close the above case.

SIGNED this 9th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1